CJ3    PC 8

**PRISONER CASE**

# United States District Court
## Northern District of Illinois
### Prisoner Civil Cover Sheet

**FILED**
MAY - 9 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** Miles P. Johnson Jr.

**Defendant(s):** Tom Dart, ETC., et al

**County of Residence:** Cook

**Plaintiff's Address:**
Name: Miles P. Johnson Jr

Unit Field: 2019-0403015

(Prisoner ID Field (USM# ONLY))

Address:
Cook County Jail
P.O. Box 089002 Div 2
Chicago, IL. 60608

**County of Residence:**

**Defendant's Attorney:**

1:19-cv-03159
Judge Robert W. Gettleman
Magistrate Judge Sheila M. Finnegan
PC 8

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [x] Yes  [ ] No

**Signature:** /s/ (signed)    **Date:** 05/09/19

Rev. 02/12/2019