mmA

**FILED**

MAY - 9 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) )
)
v. )    1:19-cv-03159
)    Judge Robert W. Gettleman
)    Magistrate Judge Sheila M. Finnegan
)    PC 8
Defendant(s) )
)

**MOTION FOR ATTORNEY REPRESENTATION**
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, _Miles P. Johnson Jr_, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (**NOTE: This item must be completed.**)

   _I didn't contact any attorneys/organizations_

   but I have been unable to find an attorney because:
   _I never received representation. I guess they had me as "Pro Se"_
   _I want representation._

3. I declare that (check all that apply):
   (*Now:*)
   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (*Earlier:*)
   ☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school    ☐ Some high school    ☐ High school graduate
   ☒ Some college      ☐ College graduate    ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

   Miles C. Johnson Jr.                P.O. Box 089002
   Movant's Signature                  Street Address

   4-23-19                             Chicago, Illinois 60608
   Date                                City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |