IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Miles P. Johnson Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19 C 3159 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| Tom Dart, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

By duplicate orders dated May 15, 2019, and May 16, 2019, the Court denied Plaintiff's application for leave to proceed *in forma pauperis* and ordered him to either submit a properly completed application, including supporting documents, or pay the Court's $400.00 filing fee [6, 7]. The Court warned him at that time that failure to timely comply with the orders would result in summary dismissal of this case. The deadline for compliance has passed, and Plaintiff has neither submitted a renewed application for leave to proceed *in forma pauperis* nor paid the Court's filing fee. It also appears that Plaintiff, who was incarcerated at the Cook County Jail when he initiated this action, has been released, but he did not submit a notice of change of address. (The residential address on the docket was obtained from the Court's records after mail sent to Plaintiff at the jail was returned as undeliverable.) Accordingly, this case is dismissed without prejudice for Plaintiff's failure to comply with the Court's order. The Court directs the Clerk of Court to terminate all pending motions as moot. Case closed.

Date: 7/8/19     /s/ Charles Norgle